Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Andrew S. Jorgensen, ISBN 8695
Office of the United States Trustee
United States Department of Justice
550 West Fort St., Suite 698
Boise, ID 83724
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee, Gregory M. Garvin

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>LORI HOMAN,<br><br>Debtor. | Case No. 22-00220-NGH<br>Chapter 7 |

### STIPULATION TO RESOLVE UNITED STATES TRUSTEE'S § 329(b) MOTION FOR RETURN OF DEBTORS' COUNSEL'S FEES

On July 19, 2022, the Acting United States Trustee ("UST") (through his attorneys) filed a Motion for Return of Debtor's Counsel's Fees based on various concerns with the representation being provided by Williams, as more fully detailed in the UST's Motion for Return of Debtor's Counsel's Fees (Dkt. No. 30 "Motion"). To resolve the UST's concerns and otherwise settle the issues raised in the Motion, the parties hereby enter this Stipulation. The parties signing below—the Acting United States Trustee (UST) (through his attorneys) and Attorney Derek Williams (on behalf of himself)—stipulate as follows:

(1) Upon signing this Stipulation, Derek Williams agrees to return or discount $400 (in total) of Debtors' fees paid or owed to him. This will be done as follows:

–1–

    a. Return $200 of fees received pre-petition. Because the attorney fees would have been property of the estate, Derek Williams will return the fees to the Chapter 7 Trustee of the bankruptcy estate of Debtor, Timothy R. Kurtz, pursuant to 11 USC § 329(b)(1)(A); and

    b. Enter a revised fee agreement for debtors with the remaining amount owing to be reduced by $200.

(2) Both parties agree the Motion will be resolved when Mr. Williams sends the payment and enters the revised agreement. The UST agrees it will then withdraw its Motion. If the hearing on the Motion is still pending, the UST will request it be vacated.

(3) The UST will also submit to the Court a proposed Order Approving the Stipulation to Resolve the Motion with Derek Williams's signature approval.

Dated: August 11, 2022      GREGORY M. GARVIN
    Acting United States Trustee

/s/ Andrew Jorgensen_____
ANDREW S. JORGENSEN
Attorney for Acting United States Trustee
[Andrew.jorgensen@usdoj.gov
Non CM/ECF e-mail]

Dated: August 11, 2022      WASATCH LEGAL SERVICES

/s/ _____
DEREK WILLIAMS

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on August 12, 2022, I filed the foregoing electronically through the CM/ECF system, which causes parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

  Brett R Cahoon on behalf of U.S. Trustee US Trustee
  ustp.region18.bs.ecf@usdoj.gov

  Timothy R. Kurtz
  trk@kurtztrustee.com, meg@kurtztrustee.com;
  jmh@kurtztrustee.com;admin@kurtztrustee.com;ID20@ecfcbis.com

  Timothy R. Kurtz on behalf of Trustee Timothy R. Kurtz
  trk@kurtztrustee.com, meg@kurtztrustee.com;
  jmh@kurtztrustee.com;admin@kurtztrustee.com;ID20@ecfcbis.com

  US Trustee
  ustp.region18.bs.ecf@usdoj.gov

  Derek Williams on behalf of Debtor Lori Homan
  dwilliams@wasatchlegalservices.com, heath@casedriver.com;ecf@casedriver.com

Dated: August 12, 2022            /s/ Andrew Jorgensen
                      ANDREW S. JORGENSEN